UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRITTANY EASTON, an individual<br><br>                 Plaintiff,<br><br>    v.<br><br>ASPLUNDH TREE EXPERTS, CO.,<br><br>                 Defendant. | NO. 2:16-cv-01694-RSM<br><br>STIPULATED ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, that Plaintiff's claims against Defendant Asplundh Tree Experts, Co. in the above-entitled matter may be dismissed with prejudice and without cost to either party hereto.

DATED this _____ day of May, 2018.

| | |
|---|---|
| s/ Francis S. Floyd<br>Francis S. Floyd, WSBA No. 10642<br>ffloyd@floyd-ringer.com<br>Anna K. Mitchell, WSBA No. 50871<br>amitchell@floyd-ringer.com<br>200 W. Thomas Street, Suite 500<br>Seattle, WA 98119-4296<br>Tel (206) 441-4455<br>Fax (206) 441-8484<br>*Attorneys for Defendant* | _____<br>Jenna M. Labourr, WSBA No. 44555<br>Young-Ji Ham, WSBA No. 46421<br>Washington Injury Lawyers, PLLC<br>1001 Fourth Ave., Ste. 3200<br>Seattle, WA 98154<br>Phone: (425) 312-3057<br>Fax: (206) 866-0208<br>jenna@washinjurylaw.com<br>youngji@washinjurylaw.com<br>*Attorneys for Plaintiff* |

STIPULATED ORDER OF DISMISSAL - 1

Case No. 2:16-cv-01694-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484

Loyd J. Willaford, WSBA No. 42696
Cline & Associates
520 Pike Street, Ste. 1125
Seattle, WA 98101
Phone 206-838-8770 Ext. 7994
Fax 206-838-8775
lwillaford@clinelawfirm.com
*Co-Counsel for Plaintiff*

## ORDER

BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant Asplundh Tree Experts, Co. in the above-entitled matter are hereby dismissed with prejudice and without cost to either party hereto.

Dated this 15th day of May, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FLOYD PFLUEGER & RINGER, P.S.

s/ Francis S. Floyd
Francis S. Floyd, WSBA No. 10642
ffloyd@floyd-ringer.com
Anna K. Mitchell, WSBA No. 50871
amitchell@floyd-ringer.com
200 W. Thomas Street, Suite 500
Seattle, WA  98119-4296
Tel (206) 441-4455
Fax (206) 441-8484
*Attorneys for Defendant*

STIPULATED ORDER OF DISMISSAL - 2

Case No. 2:16-cv-01694-RSM

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA   98119
TEL 206 441-4455
FAX 206 441-8484

Copy Received, Approved as to Form,
And Notice of Presentation Waived:

_____
Jenna M. Labourr, WSBA No. 44555
Young-Ji Ham, WSBA No. 46421
Washington Injury Lawyers, PLLC
1001 Fourth Ave., Ste. 3200
Seattle, WA 98154
Phone: (425) 312-3057
Fax: (206) 866-0208
jenna@washinjurylaw.com
youngji@washinjurylaw.com
*Attorneys for Plaintiff*

Loyd J. Willaford, WSBA No. 42696
Cline & Associates
520 Pike Street, Ste. 1125
Seattle, WA 98101
Phone 206-838-8770 Ext. 7994
Fax 206-838-8775
[lwillaford@clinelawfirm.com](lwillaford@clinelawfirm.com)
*Co-Counsel for Plaintiff*

STIPULATED ORDER OF DISMISSAL - 3

Case No. 2:16-cv-01694-RSM

Floyd, Pflueger & Ringer P.S.
200 West Thomas Street, Suite 500
Seattle, WA   98119
Tel 206 441-4455
Fax 206 441-8484